**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| JERRY D. GUESS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, petitions for an order enforcing an Internal Revenue Service administrative summons served on respondent Jerry D. Guess and alleges as follows:

1.      This action is brought under the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service Summons issued to Jerry D. Guess. The court has jurisdiction under 28 U.S.C. §§ 1340 and 1345. Venue is properly in this District pursuant to 28 U.S.C. §§ 1391(b) and 1396.

2.      The respondent, Jerry D. Guess ("Guess"), resides at 1509 Chase St, Falls City, Nebraska 68355, within jurisdiction of this court.

3.      Revenue Officer Carol Hall is a duly commissioned Revenue Officer, employed in the Small Business/Self-Employed Northwest Area Collection Operations of the Internal Revenue Service, and has a post of duty at 100 Centennial Mall; Room 160, Lincoln, NE 68508-3859. *See* Declaration of Revenue Officer Hall ("Hall Decl.") ℙ 1. As

-1-

a revenue officer, she is authorized to issue an Internal Revenue Service summons under 26 U.S.C. § 7602 and Treasury Regulation § 301.7602-1, 26 C.F.R. § 301.7602-1.

4.     Revenue Officer Hall is assigned to collect the outstanding federal income tax liabilities (Form 1040) assessed against Guess for the tax years ending December 31, 2015, and December 31, 2020, and restitution-based assessments ("RBA") for the years ending December 31, 2007 and December 31, 2008, resulting from his federal conviction for two counts of filing false tax returns and one count of wire fraud in *United States v. Guess*, Dkt. 10-cr-145 (W.D.N.C. 2010). The amounts of the assessments are shown in the chart:

| Assessment | Assessment Date | Assessed Amount |
|---|---|---|
| 2007 RBA | 10/15/2015 | $19,406.00 |
| 2008 RBA | 10/15/2016 | $474,995.00 |
| 2015 1040 | 05/09/2016 | $1,247.00 |
| 2020 1040 | 05/17/2016 | $16,514.00 |

*See* Hall Decl. ¶ 2.

5.     As part of that assignment, Revenue Officer Hall is investigating Guess's finances and ability to pay the income and RBA assessments made against him. *See* Hall Decl. ¶ 3.

6.     In furtherance of Internal Revenue Service's efforts to collect Guess's liabilities that are referred to above, and in accordance with 26 U.S.C. § 7602, on February

12, 2026, Revenue Office Hall issued an administrative summons, Form 6637, Summons Collection Information Statement, to him. *See* Hall Decl. ¶ 5 and Exhibit 1 to Hall Decl.

7.    The summons required that Guess appear at 10:00 a.m. on March 10, 2026, at the IRS office located at 100 Centennial Mall North, Room 160, Lincoln, Nebraska, 68508-3859, to give testimony and produce the documents identified on the summons, including among other items, financial account documents, vehicle registration certificates, deeds of real property, stocks and bonds, virtual currency, notes and judgment receivables, and life insurance policies that are extant for the period July 1, 2025 through January 31, 2026. *See* Hall Decl. ¶ 5 and Exhibit 1 to Hall Decl.

8.    In accordance with 26 U.S.C. § 7603, on February 17, 2026, Revenue Officer Hall left an attested copy of the Internal Revenue Service summons described in paragraph 6 above at Guess's last and usual place of abode. *See* Hall Decl. ¶ 7 and Exhibit 1 to Hall Decl. at p. 2.

9.    On March 10, 2026, Guess appeared before Revenue Officer Hall in response to the summons, but failed to provide any of the requested documents. *See* Hall Decl. ¶ 8. Further, Guess refused to answer any questions posed by Revenue Officer Hall. *See* Hall Decl. ¶ 9. On March 19, 2026, Guess requested additional time to comply with the summons, and Revenue Officer Hall granted an extension to April 3, 2026. *See* Hall Decl. ¶ 10. The IRS subsequently extended Mr. Hall's appearance date before Revenue Officer Hall to April 15, 2026, at 10:00 a.m. at the same IRS office. *See* Hall Decl. ¶ 10.

10.    On April 14, 2026, attorney Kenneth Polite, Jr., sent an email to the IRS

stating that he was representing Guess and requesting to reschedule the conference. *See* Hall Decl. ⚑ 13. Revenue Officer Hall agreed to an extension to May 8, 2026. *See* Hall Decl. ⚑ 13.

11.    On May 8 and 11, 2026, Guess's attorneys provided an initial and supplemental production of documents, totaling 188 pages. *See* Hall Decl. ¶¶ 14-15.

12.    The documents produced include various financial account statements: account statements from Upgrade Bank; account statements from JP Morgan Chase; account statements from Marcus by Goldman Sachs; checking, savings, and credit account statements from Chime Bank; and account statements from Barclays. *See* Hall Decl. ⚑ 16.

13.    Notably, the documents did not include documents regarding accounts "for the taxpayer's benefit of which the taxpayer wholly or partially owns or which the taxpayer has a security interest." *See* Hall Decl. ⚑ 17; *see also* Exhibit 1 to Hall Decl.

14.    Guess did not produce any documents related to businesses that may be owned or managed by him, including Guess & Co. Corporation, or provide testimony relating to that corporation.  *See* Hall Decl. ⚑ 17; *see also* Exhibit 1 to Hall Decl.

15.    The account statements that were produced and Guess's own W-2 seem to show Guess receiving income from, among others, Guess & Co. Corporation, but Guess failed to provide the summonsed information regarding all of his current source of income, expenses, assets, liabilities, accounts held in his name or for his benefit which he wholly or partially owns, or in which he has security interest. *See* Hall Decl. ¶¶ 18, 24; *see also* Exhibit 1 to Hall Decl.

16. On May 29, 2026, Revenue Officer Hall held a conference with Guess's attorneys, and agreed to give Guess until June 15, 2026 to provide the remaining summonsed documents. *See* Hall Decl. ¶ 23.

17. Following the May 29, 2026 conference call, neither Guess nor his representatives provided any additional documents to Revenue Officer Hall. *See* Hall Decl. ¶ 25.

18. The documents produced to date fail to fully respond to the documents requested by the summons. *See* Hall Decl. ¶ 17; see also Exhibit 1 to Hall Decl.

19. Furthermore, Revenue Officer Hall has not had an opportunity to interview Guess regarding the information provided. *See* Hall Decl. ¶ 26.

20. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service. *See* Hall Decl. ¶ 27.

21. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken. *See* Hall Decl. ¶ 28.

22. No recommendation for criminal prosecution of Guess has been made by the IRS to the United States Department of Justice. *See* Hall Decl. ¶ 29.

23. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons to properly collect the income tax and RBA liabilities of Guess described in paragraph 4 above. *See* Hall Decl. ¶ 30.

24. Guess's failure to comply with the summons continues to this date. *See* Hall Decl. ¶ 25.

-5-

WHEREFORE, the United States requests:

a.        entry of an order directing the respondent, Jerry D. Guess, to show cause, if any, why he should not comply with the aforementioned summons and each and every requirement thereof, by ordering complete compliance with the summons and specifically directing the summonsed party to obey the summons served upon him and ordering his attendance, and the production of books, records, papers, and other data as required by the terms of the summons before Revenue Officer Hall or any other proper agent of the Internal Revenue Service at such time and place as may be fixed by the court;

b.        entry of an order directing respondent to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called by the terms of the summons before Revenue Officer Hall or any other proper agent of the Internal Revenue Service;

c.        an award of the United States costs; and

d.        such other and further relief as the court deems just and proper.

Date: July 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*s/Michael R. Pahl*

-6-

Michael R. Pahl
MN No. 0234539
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 598-5863
Fax: (202) 514-6770
michael.r.pahl@usdoj.gov