IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>JERRY D. GUESS,<br>Respondent. | **4:26CV3218**<br><br>**ORDER TO SHOW CAUSE** |

Upon the petition of the United States of America, including the exhibits attached thereto, and the Declaration of Revenue Officer Carol Hall,

IT IS HEREBY ORDERED that respondent Jerry D. Guess appear before the District Court of the United States for the District of Nebraska in the Robert V. Denney United States Courthouse in Courtroom 2, 100 Centennial Mall North Lincoln, Nebraska 68508-3803, on the 21st day of September, 2026, at 9:00 a.m., to show cause why he should not be compelled to comply with the Internal Revenue Service summons served on him on February 17, 2026. It is further

ORDERED that the United States of America shall effectuate service of this Order, together with the petition and exhibits thereto, on Jerry D. Guess within 30 days of this Order. It is further

ORDERED that within 14 days of service of a copy of this Order and the petition, along with the exhibits, upon him, respondent shall file and serve a written response to the petition supported by appropriate affidavit(s) as well as any motions respondent desires to make. All motions and issues raised by respondent will be considered upon the return date of this Order. Only those issues raised by motion of brought into controversy by responsive pleadings and supported by

affidavit(s) will be considered at the return of this Order, and any uncontested allegations in the petition will be considered as admitted.

Dated this 27th day of July, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge