IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br><br>Plaintiffs,<br><br>vs.<br><br>Jerry D. Guess<br><br>Defendants. | 4:26cv3218<br><br>Order |

Before the Court is the Request for Transcript of Hearing Held on September 21, 2026, Filing No. 21.

IT IS ORDERED:

1. Jerry D. Guess, submitted a deposit with the Clerk of Court in the amount of $128.70. The actual cost of the transcript is $92.80.

2. The Clerk of Court is ordered to refund Jerry D. Guess $35.90.

Dated: September 30, 2026

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge